IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.    98-CV-1600-WYD

UNITED STATES OF AMERICA AND STATE OF COLORADO,

    Plaintiff,

v.

COLORADO ORGANIC CHEMICAL COMPANY, INC.,
RONALD L. SEIGNEUR AS TRUSTEE
FOR THE PHILLIP C. MOZER TRUST
COLORADO & EASTERN RAILROAD COMPANY,
GASAMAT OIL CORPORATION OF COLORADO
BURLINGTON NORTHERN SANTA FE RAILWAY,
BFI WASTE SYSTEMS OF NORTH AMERICA INC.,
ROBERT S. CALVERT,
SHELL OIL COMPANY, and
L-C CORPORATION,

    Defendants,

v.

NDSC INDUSTRIAL PARK, LLC

    Intervenor.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    NDSC Industrial Park, LLC's ("NDSC") Consent Decree Order Motion (ECF No. 54) is **STRICKEN** from the record with leave to refile for failure to comply with D.C.COLO.LCivR 7.1.   Although I granted NDSC leave to file a Motion to Enforce the Consent Decree Order in my Order dated August 19, 2015, the pending Motion is in violation of D.C.COLO.LCivR 7.1.   Should NDSC wish to refile a proper Motion, it shall be filed **no later than Monday September 21, 2015**.

    Dated:   September 10, 2015